377 A.2d 168
Commonwealth v. Dellasandro, Appellant.

Submitted June 22, 1976. Gene E. Goldenziel, Assistant Public Defender, for appellant; Anthony J. Popeck, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in *Commonwealth v. McCusker*, 245 Pa.Superior Ct. 402, 404–410, 369 A.2d 465, 466–469 (1976) (Dissenting Opinion by SPAETH, J.).

377 A.2d 168
Commonwealth v. Donnon, Appellant.

Submitted October 8, 1976. Calvin S. Drayer, Jr., and Joseph R. D'Annunzio, Assistant Public Defenders, for appellant; James A. Cunningham and Eric J. Cox, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.